1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZACHARY LLOYD KALSO,                        No.  2:24-cv-0512 CKD P

12                    Petitioner,

13           v.                                   ORDER AND

14    BUTTE COUNTY SUPERIOR COURT,                FINDINGS AND RECOMMENDATIONS

15                    Respondent.

16

17          Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254,

18    together with an application to proceed in forma pauperis.  Examination of the in forma pauperis

19    application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the

20    application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

21          Petitioner challenges his detention at the Butte County Jail.  While not entirely clear, it

22    appears he challenges the fact that he has been denied bail.  Petitioner also challenges his

23    detention in the Butte County Jail in 2:24-cv-0507 DMC.  Because it appears that this action is

24    duplicative of the earlier filed action, and because there does not appear to be good cause for

25    permitting petitioner to proceed with two actions, the court will recommend that this action be

26    dismissed.

27    /////

28    /////

                                                   1

1     Accordingly, IT IS HEREBY ORDERED that:

2         1.  Petitioner's motion for leave to proceed in forma pauperis (ECF No. 5) is granted; and

3         2.  The Clerk of the Court assign a district court judge to this case.

4     IT IS HEREBY RECOMMENDED that:

5         1.  Petitioner's petition for a writ of habeas corpus be dismissed without prejudice; and

6         2.  This case be closed.

7     These findings and recommendations are submitted to the United States District Judge

8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9  after being served with these findings and recommendations, petitioner may file written

10  objections with the court.  Such a document should be captioned "Objections to Magistrate

11  Judge's Findings and Recommendations."  In his objections petitioner may address whether a

12  certificate of appealability should issue in the event he files an appeal of the judgment in this

13  case. See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or

14  deny a certificate of appealability when it enters a final order adverse to the applicant).  Where, as

15  here, a habeas petition is dismissed on procedural grounds, a certificate of appealability "should

16  issue if the prisoner can show:  (1) 'that jurists of reason would find it debatable whether the

17  district court was correct in its procedural ruling;' and (2) 'that jurists of reason would find it

18  debatable whether the petition states a valid claim of the denial of a constitutional right.'"  Morris

19  v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484

20  (2000)).  Petitioner is advised that failure to file objections within the specified time may waive

21  the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

22  Dated:  April 24, 2024

23  _____
    CAROLYN K. DELANEY
24  UNITED STATES MAGISTRATE JUDGE

25

26

27  1
    kals0512.dup
28

2